IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHANIEL ALLEN WOODYARD,<br><br>　　　　　　Petitioner,<br><br>　　vs.<br><br>BILL LOCKYER,<br><br>　　　　　　Respondent.<br>_____/ | CASE NO. CV-F-04-6479 OWW DLB HC<br><br>ORDER DIRECTING RESPONDENT TO SUBMIT COPY OF STATE COURT RECORD |

　　　Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

　　　Petitioner filed the instant petition for writ of habeas corpus on October 25, 2004. Petitioner filed an amended petition on December 13, 2004. By order of December 21, 2004, the Court directed Respondent to submit a responsive pleading to the amended petition. Respondent filed an answer to the amended petition on February 28, 2005. In his answer, Respondent cites to portions of the state court record; however, the state court records were not submitted to the Court for review.

　　　Accordingly, within **ten (10)** days from the date of service of this order, Respondent shall submit a copy of the state court records to the Court.

　　　IT IS SO ORDERED.

　　　Dated:　December 14, 2005　　　　　　　　/s/ Dennis L. Beck
　　　3b142a　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1