IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHANIEL ALLEN WOODYARD,<br><br>                    Petitioner,<br><br>     vs.<br><br>BILL LOCKYER,<br><br>                    Respondent.                    / | CASE NO. CV-F-04-6479 OWW DLB HC<br><br>ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED ON RESPONDENT FOR FAILURE TO COMPLY WITH COURT ORDER<br><br>[Doc. 12] |

   Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

   On February 28, 2005, Respondent filed an answer to the instant petition for writ of habeas corpus. Respondent did not, however, submit a copy of the state court transcripts cited within the answer. Therefore, on December 14, 2005, the Court directed Respondent to submit a copy of the transcripts within ten days from the date of service of that order. Respondent has failed to comply or otherwise respond to the Court's order. Review of the notice of electronic service reveals that Respondent was served via electronic email with this order at the appropriate address of record.

   Local Rule 11-110 provides that "a failure of counsel or of a party to comply with these Local Rules or with any order of the Court may be grounds for the imposition by the Court of any and all sanctions . . . within the inherent power of the Court."

////

1   Accordingly, it is HEREBY ORDERED within twenty (20) days of service of this order,
2  Respondent shall SHOW CAUSE why appropriate sanctions should not be imposed for failing to
3  obey a court order.
4  IT IS SO ORDERED.
5      IT IS SO ORDERED.
6   **Dated:    January 24, 2006**          **/s/ Dennis L. Beck**
   3b142a                                    UNITED STATES MAGISTRATE JUDGE

2