# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHANIEL ALLEN WOODYARD, | CASE NO. CV-F-04-6479 OWW DLB HC |
| Petitioner, | ORDER DISCHARGING ORDER TO SHOW CAUSE |
| vs. | [Doc. 13] |
| BILL LOCKYER, | |
| Respondent. | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On February 28, 2005, Respondent filed an answer to the instant petition for writ of habeas corpus. Respondent, however, failed to submit the state court records cited in his answer. Therefore, on December 14, 2005, the Court directed Respondent to submit the state court records within ten days from the date of service of that order. Respondent failed to comply or respond to the Court's order. On January 25, 2006, the Court issued an order to show cause why sanctions should not be imposed on Respondent for failing to comply with the Court's order. On February 2, 2006, Respondent submitted a response to the order to show cause, along with filing a notice of lodging of the state court records.

In its response, Respondent's counsel declares under penalty of perjury that she was placed on disability from August 19, 2005 to February 1, 2006. Although her caseload was monitored by

1 fellow deputies in her office, no response to the Court's order was filed.  Counsel declares that upon
2 her return to the office on February 1, 2006, she discovered the Court's initial order to submit the
3 record as well as the Court's order to show cause and lodged the state court records as soon as
4 possible.
5      Based on counsel's declaration that the failure to respond to the Court's orders was due to the
6 negligent management of the case and not due to intentional conduct, the Court will discharge the
7 order to show cause.[1]

10     IT IS SO ORDERED.
11     **Dated:   February 8, 2006**                     **/s/ Dennis L. Beck**
3b142a                                                  UNITED STATES MAGISTRATE JUDGE

---

[1] The Court will issue a ruling on the merits of the petition in due course.